Daniel C. Green (ISB No. 3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
201 E. Center Street
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

*Attorney for Creditor, Josiah M. Silva Trust*

Thomas E. Dvorak, ISB No. 5043
Randall A. Peterman, ISB No. 1944
Givens Pursley LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
tedservice@givenspursley.com
rap@givenspursley.com
*Attorneys for Susan Perry and Sherman Leibow*

Jay J. Kiiha, ISB (No. 6763)
Kiiha and Associates, PLLC
3313 W. Cherry Ln. PMP #905
Meridian, Idaho 83642
Phone: (208) 960-5107
jay@kiiha.com
*Attorneys for John F. Obraza Revocable Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>BEST VIEW CONSTRUCTION & DEVELOPMENT, LLC,<br><br>        Debtor. | Case No. 20-00674-NGH<br>Chapter 7 |

**STIPULATION TO DISMISS ADVERSARY PROCEEDING – 1**

| | |
|---|---|
| JOSIAH M. SILVA, as Trustee of the Josiah M. Silva Trust, SUSAN PERRY and SHERMAN LEIBOW, and the JOHN F. OBRAZA TRUST,<br><br>               Plaintiffs,<br><br>v.<br><br>BRMK LENDING, LLC,<br><br>               Defendant. | Adversary No. 23-06023-NGH |

## STIPULATION TO DISMISS ADVERSARY PROCEEDING

COME NOW plaintiffs the Josiah M. Silva Trust, Susan Perry and Sherman Leibow, and the John F. Obraza Trust, by and through their respective undersigned counsel of record, Givens Pursley LLP, the Josiah M. Silva Trust (collectively the "Plaintiffs"), by and through their respective undersigned counsel of record, and defendant BRMK Lending, LLC ("BRMK"), by and through its undersigned counsel of record, and hereby stipulate and agree that BRMK's Motion for Sanctions (Dkt. 12) is hereby WITHDRAWN and the above-entitled adversary proceeding may be dismissed. Each party shall bear its own attorney fees and costs.

DATED this 5th day of August, 2025.

                                                GIVENS PURSLEY LLP

                                                By  */s/ Randall A. Peterman*
                                                   Thomas E. Dvorak – Of the Firm
                                                   Randall A. Peterman – Of the Firm
                                                   Attorneys for Susan Perry and
                                                   Sherman Leibow

DATED this 5th day of August, 2025.

                          RACINE OLSON, PLLP

                          By  */s/ Heidi Buck Morrison*
                              Daniel C. Green – Of the Firm
                              Heidi Buck Morrison– Of the Firm
                              Attorneys for Josiah M. Silva Trust

DATED this 5th day of August, 2025.

                          PERRY LAW, P.C.

                          By  */s/ Mark B. Perry*
                              Mark B. Perry– Of the Firm
                              Attorneys for BRMK Lending, LLC

DATED this 5th day of August, 2025.

                          KIIHA AND ASSOCIATES, PLLC

                          By  */s/ Jay Kiiha*
                              Jay Kiiha– Of the Firm
                              Attorneys for John F. Obraza Revocable Trust

**STIPULATION TO DISMISS ADVERSARY PROCEEDING – 3**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 5th day of August, 2025, I filed the foregoing **STIPULATION TO DISMISS ADVERSARY PROCEEDING** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Heidi Buck Morrison**
heidi@racineolson.com
mandy@racineolson.com

**Jay J. Kiiha**
jay@kiiha.com

**Trevor L. Hart**
tlh@trevorhartlaw.com

**Mark B. Perry**
mbp@perrylawpc.com
info@perrylawpc.com
tlh@perrylawpc.com
plr@perrylawpc.com
jks@perrylawpc.com
tay@perrylawpc.com

                */s/ Randall A. Peterman*
                Randall A. Peterman

**STIPULATION TO DISMISS ADVERSARY PROCEEDING – 4**